IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number __1:14cv1043__ , Case Name _Pro- Football, Inc. v. Blackhorse_

Party Represented by Applicant: _Pro-Football, Inc._

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) _Claudia T. Bogdanos_
Bar Identification Number _2741379_          State _New York_
Firm Name _Quinn Emanuel Urquhart & Sullivan LLP_
Firm Phone # _212-849-7000_          Direct Dial # _212-849-7188_          FAX # _212-849-7100_
E-Mail Address _claudiabogdanos@quinnemanuel.com_
Office **Mailing** Address _51 Madison Avenue, New York, NY 10010_

Name(s) of federal court(s) in which I have been admitted _The State Bar of New York; S.D.N.Y.; E.D.N.Y.; Eastern District of Wisconsin; U.S. Court of Appeals: 4th Cir,_

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not _x_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____          8-14-14
(Signature)                                        (Date)
Craig C. Reilly                                    20942
(Typed or Printed Name)                            (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____          _____
(Judge's Signature)                                (Date)