**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| PRO-FOOTBALL, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>AMANDA BLACKHORSE, MARCUS BRIGGS-CLOUD, PHILLIP GOVER, JILLIAN PAPPAN, and COURTNEY TSOTIGH,<br><br>            Defendants. | Civil Action No. 14-CV-1043-GBL-IDD<br><br>**PLAINTIFF'S NOTICE OF CONSTITUTIONAL QUESTION** |

**TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND U.S. ATTORNEY GENERAL:**

Pursuant to Rule 5.1(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Pro-Football, Inc. ("Pro-Football") submits this Notice regarding its constitutional challenges to Section 2(a) of the Lanham Act, 15 U.S.C. § 1052(a), which are set forth in Pro-Football's Complaint [Dkt. No. 1], filed on August 14, 2014 in the above-captioned matter.

The questions raised by Pro-Football's constitutional challenge are:

1. Whether Section 2(a) of the Lanham Act, 15 U.S.C. § 1052(a), violates the First Amendment to the U.S. Constitution, both facially and as applied to Pro-Football, because it is an overbroad, impermissible content-based restriction on speech.

2. Whether Section 2(a) of the Lanham Act, 15 U.S.C. § 1052(a), is impermissibly vague under the U.S. Constitution.

**SERVICE ON THE UNITED STATES**

Pursuant to Rule 5.1(a)(2) of the Federal Rules of Civil Procedure, copies of this Notice and the referenced Complaint are being served on this date, September 12, 2014, by certified or

registered mail on the Attorney General of the United States, at U.S. Department of Justice, 950 Pennsylvania Avenue, NW Washington, D.C. 20530-0001, as well as by e-mail to AskDOJ@usdoj.gov.

Dated: September 12, 2014

    Respectfully submitted,

    /s/ Craig C. Reilly
    Craig C. Reilly, Esq. (VSB # 20942)
    craig.reilly@ccreillylaw.com
    THE LAW OFFICE OF CRAIG C. REILLY
    111 Oronoco Street
    Alexandria, Virginia 22314
    Tel:  (703) 549-5354
    Fax:  (703) 549-5355

    Robert L. Raskopf (admitted *pro hac vice*)
    robertraskopf@quinnemanuel.com
    Todd Anten (admitted *pro hac vice*)
    toddanten@quinnemanuel.com
    Claudia T. Bogdanos (admitted *pro hac vice*)
    claudiabogdanos@quinnemanuel.com
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    51 Madison Avenue, 22nd Floor
    New York, New York 10010
    Tel:  (212) 849-7000
    Fax:  (212) 849-7100

    *Counsel for Plaintiff Pro-Football, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2014, the foregoing pleading or paper was filed and served electronically by the Court's CM/ECF system upon all registered users in this action:

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
craig.reilly@ccreillylaw.com
THE LAW OFFICE OF CRAIG C. REILLY
111 Oronoco Street
Alexandria, Virginia 22314
Tel: (703) 549-5354
Fax: (703) 549-5355
*Counsel for Plaintiff Pro-Football, Inc.*