IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PRO-FOOTBALL, INC., )
)
    Plaintiff, )
)
v. ) Civil Action No. 1:14-cv-01043 (GBL/IDD)
)
AMANDA BLACKHORSE, et al., )
)
    Defendants. )
)

FILED DEC 31 2014 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

### ORDER

Upon consideration of the parties' Joint Motion to Modify Scheduling Order [Dkt. No. 44], and upon consideration of the record herein, it is, hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. The pretrial schedule shall be modified as follows:

1. The parties may take the depositions of Plaintiff's rebuttal experts David Barnhart, Ron Butters, and Hart Blanton, as well as non-parties Raymond Apodaca and Ben Nighthorse Campbell, after the Discovery cut-off, on dates mutually agreeable to the parties and deponents, all to be completed no later than February 6, 2015;

2. The parties' responses to one another's contention interrogatories shall be served on or before February 13, 2015;

3. The parties may serve any requests for admission on or before January 23, 2015, and responses thereto shall be served on or before February 13, 2015;

4. The parties shall file their Rule 26(a)(3) disclosures of trial witnesses, trial exhibits, deposition designations, and a written stipulation of uncontested facts on or before the

Final Pretrial Conference on January 15, 2015; however, they may supplement these disclosures if necessary by February 20, 2015.

5. The parties shall file their objections to one another's Rule 26(a)(3) disclosures on or before January 26, 2015, and may supplement these disclosures if necessary by March 6, 2015.

6. These modifications notwithstanding, the parties shall appear for the pretrial conference as currently scheduled, on January 15, 2015, at 10:00 a.m., for selection of a trial commencement date and any other pretrial scheduling.

7. Except as modified herein, the prior orders of the Court shall remain in full force and effect.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 31st day of December 2014.

Alexandria, Virginia

                                          /s/
                                        Ivan D. Davis
                                 United States Magistrate Judge