UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Virginia

| | |
|---|---|
| PRO-FOOTBALL, INC., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | No. 1:14cv1043 (GBL / IDD) |
| ) | |
| AMANDA BLACKHORSE, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Intervenor.* ) | |

**ORDER**

This matter is before the court on Plaintiff's consent motion pursuant to Local Civil Rules 7(F) and 56(A), for entry of a briefing schedule, as well as pursuant to Federal Rule 16, and Local Civil Rule 16, for entry of an order modifying the pretrial schedule. Upon consideration whereof, there being no opposition thereto, and for good cause shown, it is hereby

ORDERED that the following schedule and page limits shall be followed for summary judgment briefing:

| Filing Date | Constitutional Issues: Counts 3, 4, 5, and 6 | Merits Issues: Counts 1, 2, and 7 | Page Limit |
|---|---|---|---|
| February 23 | Plaintiff's Opening | | 30 pages |
| February 26 | | Defendants' Opening | 40 pages |
| March 19 | | Plaintiff's Opposition and Cross-Motion | 40 pages |
| March 23 | Intervenor's Opposition and Cross-Motion | | 30 pages |
| March 23 | Defendants' Opposition and Cross-Motion | | 30 pages |
| April 3 | | Defendants' Opposition and Reply | 20 pages |
| April 3 | Plaintiff's Opposition and Reply | | 40 pages |
| April 14 | | Plaintiff's Reply | 20 pages |
| April 14 | Defendants' Reply | | 20 pages |
| April 14 | Intervenor's Reply | | 20 pages |

And it is further

ORDERED that the following schedule shall be followed for the pretrial events specified below, with the current due dates replaced by the new due dates:

| Event | Current Due Date (Doc. 45) | New Due Date |
|---|---|---|
| Preliminary Objections to Rule 26(a)(3) Pretrial Disclosures and Deposition Counter-designations | January 26, 2015 | *Omit Event* |
| Final Pretrial Disclosures (exhibits, witnesses, and deposition designations) | February 20, 2015 | May 1, 2015 |
| Final Objections to Exhibits and Deposition Designations and Deposition Counter-Designations | March 6, 2015 | May 21, 2015 |
| Final Stipulations | February 20, 2015 | May 21, 2015 |

2

Except as modified herein, the prior orders of the Court shall remain in full force and effect.

ENTERED this ____ day of January 2015.

Alexandria, Virginia

                                        /s/
                              Gerald Bruce Lee
                              United States District Judge