IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PRO-FOOTBALL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMANDA BLACKHORSE, MARCUS BRIGGS-CLOUD, PHILLIP GOVER, JILLIAN PAPPAN and COURTNEY TSOTIGH, <br><br> Defendants. | Civil Action No.: 1:14-cv-1043-GBL-IDD |

**DEFENDANTS' RESPONSE TO MOTIONS TO SEAL**

Defendants Amanda Blackhorse, Marcus Briggs-Cloud, Phillip Gover, Jillian Pappan, and Courtney Tsotigh, by and through counsel, do not oppose and hereby consent to the relief sought by Plaintiff Pro-Football, Inc.'s (1) Motion to Seal Exhibits 41-48 and File Redacted Brief [Dkt. 61] and (2) Motion to Seal Exhibit 132 and File Redacted Brief [Dkt. 102].

Dated: March 20, 2015

Respectfully submitted,

 /s/   Jeffrey J. Lopez
Jesse A. Witten (*pro hac vice* pending)
Jeffrey J. Lopez (Va. Bar No. 51058)
Adam Scott Kunz (VA Bar No. 84073)
Tore T. DeBella (VA Bar No. 82037)
Jennifer T. Criss (VA Bar No. 86143)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone:  (202) 842-8800
Facsimile:  (202) 842-8465
Email:     Jesse.Witten@dbr.com
           Jeffrey.Lopez@dbr.com

Adam.Kunz@dbr.com
Tore.DeBella@dbr.com
Jennifer.Criss@dbr.com

*Counsel for Defendants Amanda Blackhorse, Marcus Briggs-Cloud, Phillip Gover, Jillian Pappan and Courtney Tsotigh*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March, 2015, the foregoing pleading or paper was filed and served electronically by the Court's CM/ECF system upon all registered users in this action:

/s/ Jeffrey J. Lopez
Jeffrey J. Lopez
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: (202) 842-8800
Facsimile: (202) 842-8465
Email: Jeffrey.Lopez@dbr.com

*Counsel for Defendants Amanda Blackhorse, Marcus Briggs-Cloud, Phillip Gover, Jillian Pappan and Courtney Tsotigh*