FILED

2015 APR 15 P 3: 15

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

# Exhibit 158

Page 1

1  HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  IN THE UNITED STATES DISTRICT COURT
3  FOR THE EASTERN DISTRICT OF VIRGINIA
4  Alexandria Division
5  Civil Docket Case No. 1:14-cv-01043-GBL-IDD

8  PRO-FOOTBALL, INC.,                )
9           Plaintiff,                )
10      v.                             )
11  BLACKHORSE, et al.,                )
12          Defendant.                 )
13  _____    )

17  DEPOSITION OF SUZAN HARJO
18  Washington, D.C.
19  December 23, 2014

24  Reported by: Mary Ann Payonk
25  Job No. 88078

1  HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
2          Do you hold meetings at Suite 377,
3  611 Pennsylvania --
4     A.   No.
5     Q.   -- Avenue Southeast?
6          Do you have a telephone there?
7     A.   No.
8     Q.   Do you have a -- other than a
9  mailbox, do you lease space there?
10    A.   No.
11    Q.   How long have you had this mailbox?
12    A.   About as long as our first lawsuit
13 when we started getting death threats from who
14 we think are your clients.
15    Q.   Okay.  Your testimony is that you
16 believe that my client is -- has threatened you
17 with your own life as a result of this suit?
18    A.   With harm and injury, certainly.
19    Q.   With harm and injury, if not with
20 your life, okay.
21         Now, what's your basis for that
22 claim?
23    A.   That people call and send materials
24 that -- that say that they've met with your
25 client, that -- or they represent your client,

1    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
2    or they are your client, and that I especially
3    need to, you know, be very cautious about what
4    I do or say.
5              In one case, one person left a
6    message which we had on tape and produced to a
7    judge saying, take a look in the mirror.  We
8    met with the Redskins today, and take a look in
9    the mirror, and if that's -- that's the last
10   time your face is ever going to look that way.
11       Q.   Okay.  So --
12       A.   So these serious threats, and in that
13   case, a judge felt like the person was -- had a
14   hostile fixation and did enter a two- or
15   three-year, I can't remember which, restraining
16   order against that person.
17       Q.   Okay.  What was the name of the
18   person?
19       A.   Michael Copperthite was that person.
20       Q.   And when did this threat occur?
21       A.   In the '90s and early 2000s.
22       Q.   Well --
23       A.   That's one that we know the name of.
24   There are lots of them.  There are hundreds of
25   them, and we felt it was necessary because of

1    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
2    the threats were so serious that we -- we just
3    took them at face value.
4         Q.   Did you ever contact the Washington
5    Redskins about this?
6              You don't think you'd get cooperation
7    from the Washington Redskins if someone was --
8    claimed they were representing us and you got
9    threatened?
10        A.   I think your clients encourage this
11   sort of thing and make it almost impossible for
12   anyone to go against them.  I think you have,
13   just as you have paid fans, that you have
14   people who -- who do things like this or
15   encourage it.
16        Q.   So you think --
17        A.   No, I do not feel like I would have
18   gotten any help from your client.
19        Q.   Okay.  So when you say you think my
20   clients encouraged this sort of thing, you're
21   saying that you think my clients encourage
22   people to threaten you with your life?
23        A.   I do.
24        Q.   Okay.  That's fine.
25             MR. RASKOPF:  Mark this Exhibit 2.

1  HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
2     Q.   You're not going to answer that?
3     A.   There are too many questions there
4  for me to answer.
5     Q.   Did you put the Morningstar Institute
6  on Google Plus?
7     A.   No.
8     Q.   Did someone operating on your behalf
9  put the Morningstar on Google Plus?
10    A.   No.
11    Q.   You just found your way onto Google
12 Plus?  Is that your testimony?
13    A.   I am not aware of this.
14         MR. GONDELMAN:  Objection.
15    Objection.
16 BY MR. RASKOPF:
17    Q.   So let's say that the location, the
18 precise location will not be part of this line
19 of questioning.
20         Where does the Morningstar Institute
21 operate from, without giving me the address?
22    A.   Washington, D.C.
23    Q.   Right.  It's in your house, isn't it?
24    A.   Yes.
25    Q.   Okay.  The offices of Morningstar

Page 31

```
 1    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2    Institute are in your office; right?
 3             And you founded the Morningstar
 4    Institute in 1984, did you not?
 5        A.   No, I didn't.
 6        Q.   Who founded the Morningstar
 7    Institute?
 8        A.   Friends of my late husband's, in his
 9    memory.
10        Q.   And this was about 1984, was it not?
11        A.   Yes.
12        Q.   Has the Morningstar Institute since
13    1984 operated anywhere other than out of your
14    house?
15        A.   No.
16        Q.   Does the Morningstar Institute have
17    paid employees?
18        A.   No.
19        Q.   Does the Morningstar Institute have
20    sources of revenue to fund it other than what
21    you choose to fund Morningstar with?
22        A.   Yes.
23        Q.   Who funds Morningstar Institute?
24        A.   Again I ask you why you didn't
25    subpoena Morningstar and why you didn't
```

NOTE: Corrected only Harjo and Goodchind for accuracy of The Morning Star Institute, but it should be corrected throughout, as well (and Morning Star)

NOTE: Same with Judge Kollar-Kotelly's name

Page 149

1   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
2   NAME OF CASE: Pro-Football, Inc. v. Blackhorse
3   DATE OF DEPOSITION: December 23, 2014
4       1. To clarify the record.
        2. To conform to the facts.
5       3. To correct transcription error.
6
    Page __1__ Line __17__ Reason __3__
7   From SUZAN HARJO to SUZAN SHOWN HARJO
8   Page __7__ Line __8__ Reason __3__
    From SUZAN HARJO to SUZAN SHOWN HARJO
9
    Page __5__ Line __17__ Reason __3__
10  From SUSAN to SUZAN
11  Page __26__ Line __24__ Reason __3__
    From Morningstar to Morning Star
12
    Page __27__ Line __4__ Reason __3__
13  From Morningstar to Morning Star
14  Page __28__ Line __11__ Reason __3__
    From Morningstar to Morning Star
15
    Page __31__ Line __25__ Reason __3__
16  From Morningstar to Morning Star
17  Page __40__ Line __13__ Reason __3__
    From Morningstar to Morning Star
18
19           [signature]
20           SUZAN HARJO
21  SUBSCRIBED AND SWORN TO BEFORE ME
22  THIS __07__ DAY OF __January__, 2015.
23  [signature]
24  (Notary Public)
25  My Commission expires: __10/14/2017__

```
                                                            Page 149
 1      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2    NAME OF CASE:  Pro-Football, Inc. v. Blackhorse
 3    DATE OF DEPOSITION:  December 23, 2014
 4           1.  To clarify the record.
             2.  To conform to the facts.
 5           3.  To correct transcription error.
 6
        Page  92   Line  24   Reason  1
 7      From  LeVoie            to  LeValdo
 8      Page  95   Line  5    Reason  3
        From  Romero, Federal  to  Romero, of the Federal
 9
        Page  102  Line  14   Reason  3
10      From  head             to  heads
11      Page  116  Line  24   Reason  1
        From  half Native American  to  "half Native American"
12
        Page  130  Line  10   Reason  3
13      From  Morningstar      to  Morning Star
14      Page  145  Line  24   Reason  3
        From  tribe            to  Tribe
15
        Page  64   Line  8    Reason  3
16      From  Kollar Kotelli's to  Kollar-Kotelly's
17      Page       Line        Reason
        From                    to
18
19           [signature]
20           SUZAN HARJO
21    SUBSCRIBED AND SWORN TO BEFORE ME
22    THIS  07  DAY OF  January  , 2015.
23      [signature]
24    (Notary Public)
25    My Commission expires:  10/14/2017
```

Page 149

1  HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  NAME OF CASE: Pro-Football, Inc. v. Blackhorse
3  DATE OF DEPOSITION: December 23, 2014
4     1. To clarify the record.
     2. To conform to the facts.
5     3. To correct transcription error.
6

  Page __40__ Line __20__ Reason __3__
7  From __Morningstar__ to __Morning Star__
8  Page __46__ Line __19__ Reason __3__
  From __Morningstar__ to __Morning Star__
9

  Page __75__ Line __17__ Reason __3__
10 From __Morningstar__ to __Morning Star__
11 Page __75__ Line __25__ Reason __3__
  From __Morningstar__ to __Morning Star__
12

  Page __82__ Line __8__ Reason __3__
13 From __Muskogee__ to __Muscogee__
14 Page __85__ Line __25__ Reason __3__
  From __Muskogee__ to __Muskogean__
15

  Page __89__ Line __22__ Reason __1__
16 From __Lavoie__ to __LeValdo__
17 Page __92__ Line __14__ Reason __1__
  From __Lavoie__ to __LeValdo__
18
19            _Suzan Harjo_ (signature)
20            SUZAN HARJO
21 SUBSCRIBED AND SWORN TO BEFORE ME
22 THIS __07__ DAY OF __January__, 2015.
23 _____
24 (Notary Public)
25 My Commission expires: __10/14/2017__