UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Virginia

PRO-FOOTBALL, INC., )
)
    *Plaintiff,* )
)
v. ) No. 1:14cv1043 (GBL / IDD)
)
AMANDA BLACKHORSE, *et al.*, )
)
    *Defendants.* )
_____)
)
UNITED STATES OF AMERICA, )
)
    *Intervenor.* )
_____)

## ORDER

This matter is before the Court on the motion (Doc. 130) filed by plaintiff pursuant to Local Civil Rule 5(D) for leave to file a redacted version of its reply brief in support of its cross-motion summary judgment on disparagement issues (Doc. 128) and to file Exhibit 158 thereto (Doc. 129-1) under seal. While that motion was pending, the Clerk lodged those filings under seal (Doc. 132 & 133). Defendants took no position on the motion (Doc. 134). For the reasons stated in open court on Friday, April 24, 2015, Plaintiff advised the Court that the sealing motion was moot, and would be withdrawn. Therefore, for good cause shown, it is hereby

**ORDERED** that the motion to seal is **DEEMED WITHDRAWN**, and the Clerk is directed to **UNSEAL** filings Doc. 132 and 133 and place them to the pubic judicial record.

ENTERED this 27th day of April 2015.

Alexandria, Virginia

                                                            /s/
                                            Ivan D. Davis
                                  United States Magistrate Judge