IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PRO-FOOTBALL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMANDA BLACKHORSE, MARCUS BRIGGS-CLOUD, PHILLIP GOVER, JILLIAN PAPPAN and COURTNEY TSOTIGH, <br><br> Defendants. | Civil Action No.: 1:14-cv-1043-GBL-IDD |

## NOTICE OF HEARING

PLEASE TAKE NOTICE, that on **Tuesday, June 23, 2015 at 10:00 a.m. before Hon. Gerald Bruce Lee**, or as soon thereafter as the matter may be heard, Defendants Amanda Blackhorse, Marcus Briggs-Cloud, Phillip Gover, Jillian Pappan, and Courtney Tsotigh, by and through counsel, will bring on for hearing their Motion to Exclude Undisclosed Evidence at the U.S. District Court for the Eastern District of Virginia, Alexandria Division. Plaintiff agrees with Defendants that the Motion is most appropriately heard before Judge Lee along with the previously scheduled summary judgment hearing on June 23, 2015. The parties have conferred with the Chambers of Judge Lee and have been informed by Chambers that Defendants may notice the hearing on this Motion for June 23, 2015 before Judge Lee.

Respectfully submitted,

/s/  Jeffrey J. Lopez
Jesse A. Witten (*pro hac vice* pending)
Jeffrey J. Lopez (Va. Bar No. 51058)
Adam Scott Kunz (Va. Bar No. 84073)
Tore T. DeBella (Va. Bar No. 82037)
Jennifer T. Criss (Va. Bar No. 86143)
Patrick H. Thompson (Va. Bar No. 88040)
Drinker Biddle & Reath LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005
Tel.:     (202) 842-8800
Fax:     (202) 842-8465
Email:   Jesse.Witten@dbr.com
         Jeffrey.Lopez@dbr.com
         Adam.Kunz@dbr.com
         Tore.DeBella@dbr.com
         Jennifer.Criss@dbr.com

*Counsel for Defendants Amanda Blackhorse, Marcus Briggs-Cloud, Phillip Gover, Jillian Pappain, and Courtney Tsotigh*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st of May, 2015, the foregoing pleading or paper was filed and served electronically by the Court's CM/ECF system upon all registered users in this action:

    /s/ Jeffrey J. Lopez
Jeffrey J. Lopez
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: (202) 842-8800
Facsimile: (202) 842-8465
Email: Jeffrey.Lopez@dbr.com

*Counsel for Defendants Amanda Blackhorse, Marcus Briggs-Cloud, Phillip Gover, Jillian Pappan and Courtney Tsotigh*