IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PRO-FOOTBALL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:14-cv-01043-GBL-IDD |
| AMANDA BLACKHORSE, et al., | ) ) ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

THIS MATTER is before the Court on Pro-Football, Inc.'s ("PFI") Motion for Summary on the Constitutional Claims (Doc. 54), PFI's Cross-Motion for Summary Judgment on Claims I, II, and VII (Doc. 79), Defendants Amanda Blackhorse, Marcus Briggs-Cloud, Phillip Gover, Jillian Pappan, and Courtney Tsotigh's ("Blackhorse Defendants") Cross-Motion for Summary Judgment on Claims III–VI (Doc. 105), Blackhorse Defendants' Motion for Summary Judgment on Counts I, II, and VII of Complaint (Doc. 69), and the United States of America's Motion for Summary Judgment on Constitutional Claims (Doc. 108). For the reasons stated in the accompanying Memorandum Opinion and Order (Doc. 161), it is hereby

**ORDERED** that Pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** is **ENTERED** in favor of Defendants Amanda Blackhorse, Marcus Briggs-Cloud, Phillip Gover, Jillian Pappan, and Courtney Tsotigh, and the United States of America, and against Plaintiff Pro-Football, Inc., on Counts I–VII of the Complaint.

**IT IS SO ORDERED.**

ENTERED this _8th_ day of July, 2015.

Alexandria, Virginia
7/ 8 / 2015

/s/
Gerald Bruce Lee
United States District Judge