**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| PRO-FOOTBALL, INC., <br><br>    Plaintiff, <br><br>  v. <br><br>AMANDA BLACKHORSE, *et al.*, <br><br>    Defendants, <br><br>UNITED STATES OF AMERICA, <br><br>    Intervenor. | Civil Action No. 1:14-cv-1043-GBL-IDD <br><br> **NOTICE OF APPEAL** |

  NOTICE IS HEREBY GIVEN that Plaintiff Pro-Football, Inc., by and through its undersigned attorneys, hereby appeals to the United States Court of Appeals for the Fourth Circuit from each and every part of this Court's Final Judgment entered July 8, 2015 [Doc. 162], and all other orders, holdings, or rulings merged or incorporated therein, including but not limited to this Court's Memorandum Opinion and Order entered July 8, 2015 [Doc. 161].

Dated: August 4, 2015      Respectfully submitted,

                /s/ *Craig C. Reilly*
                Craig C. Reilly, Esq. (VSB # 20942)
                craig.reilly@ccreillylaw.com
                111 Oronoco Street
                Alexandria, Virginia 22314
                Tel:  (703) 549-5354
                Fax:  (703) 549-5355

                Robert L. Raskopf (admitted *pro hac vice*)
                robertraskopf@quinnemanuel.com
                Todd Anten (admitted *pro hac vice*)
                toddanten@quinnemanuel.com
                QUINN EMANUEL URQUHART & SULLIVAN, LLP
                51 Madison Avenue, 22nd Floor
                New York, New York 10010
                Tel:  (212) 849-7000
                Fax:  (212) 849-7100

                *Attorneys for Plaintiff Pro-Football, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2015, I caused the foregoing pleading or paper to be filed and served electronically by the Court's CM/ECF system upon all registered users in this action.

Dated: August 4, 2015                         /s/ *Craig C. Reilly*
                                                                Craig C. Reilly, Esq. (VSB # 20942)
                                                                craig.reilly@ccreillylaw.com
                                                                THE LAW OFFICE OF CRAIG C. REILLY
                                                                111 Oronoco Street
                                                                Alexandria, Virginia 22314
                                                                Tel:  (703) 549-5354
                                                                Fax:  (703) 549-5355
                                                                *Attorney for Plaintiff Pro-Football, Inc.*