IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PRO-FOOTBALL, INC., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> AMANDA BLACKHORSE, et al., ) <br> ) <br> *Defendants*. ) <br> ) | Civil No. 1:14-cv-01043 <br><br> Hon. Liam O'Grady |

### ORDER

This matter comes before the Court on the consent motion filed by Plaintiff Pro-Football, Inc. ("PFI"), requesting entry of judgment in its favor. *See* Dkt. 173. There being no opposition thereto from Defendants Amanda Blackhorse, Marcus Briggs-Cloud, Phillip Gover, Jillian Pappan and Courtney Tsotigh ("Defendants") or Intervenor United States of America, and it otherwise appearing proper to do so, it is hereby

**ORDERED** that the parties' consent motion (Dkt. 173) is **GRANTED**; and it is further

**ORDERED** that the June 18, 2014 decision of the Trademark Trial and Appeal Board scheduling the cancellation of Trademark Registration Nos. 1,606,810; 1,085,092; 987,127; 986,668; 978,824; 836,122 is hereby **VACATED**; and it is further

**ORDERED** that this matter is **REMANDED** to the United States Patent and Trademark Office for further proceedings; and it is further

**ORDERED** that all parties shall bear their own costs.

It is **SO ORDERED**.

March 20 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge